UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
JOSEPH MARION HEARD,            )
          Petitioner,           )
                                )Civil Action No. 04-10522-RGS
     v.                         )
                                )
STATE OF NORTH CAROLINA,        )
          Respondent.           )
```

ORDER OF DISMISSAL

STEARNS, D.J.

In accordance with this Court's order dated May 13, 2004, it is ORDERED that the within action be and it is hereby dismissed.

By the Court,

Date: May 18, 2004         By /s/ Barbara Morse
                              Deputy Clerk

```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS


JOSEPH MARION HEARD,            )
            Petitioner,         )
                                )Civil Action No. 04-10522-RGS
       v.                       )
                                )
STATE OF NORTH CAROLINA,        )
            Respondent.         )
```

ORDER OF DISMISSAL

STEARNS, D.J.

    In accordance with this Court's order dated May 13, 2004, it is ORDERED that the within action be and it is hereby dismissed.

By the Court,

Date: May 18, 2004    By /s/ Barbara Morse
                                    Deputy Clerk