AO 240 (Rev. 9/96)

# UNITED STATES DISTRICT COURT

_Boston_ District of _Massachusetts_

Joseph Marion Head Junior
Joseph Marion Head
                Plaintiff, ETC.

As Related In The Court Records

V.

Defendant, ETC.

APPLICATION TO PROCEED
WITHOUT PREPAYMENT OF
FEES AND AFFIDAVIT

CASE NUMBER:

I, _Joseph Marion Head Junior_, declare that I am the (check appropriate box)

☑ petitioner/plaintiff/movant        ☐ other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?        ☑ Yes        ☐ No        (If "No," go to Part 2)

   If "Yes," state the place of your incarceration _Fed. Med. Center Devens_

   Are you employed at the institution? _YES_ Do you receive any payment from the _WILL_

   Attach a ledger sheet from the institution(s) of your incarceration showing at least the past six months' transactions.

2. Are you currently employed?        ☐ Yes        ☐ No

   a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer.

   b. If the answer is "No," state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.

3. In the past 12 twelve months have you received any money from any of the following sources?

   a. Business, profession or other self-employment        ☐ Yes        ☑ No
   b. Rent payments, interest or dividends                 ☐ Yes        ☑ No
   c. Pensions, annuities or life insurance payments      ☐ Yes        ☑ No
   d. Disability or workers compensation payments         ☐ Yes        ☑ No
   e. Gifts or inheritances                                ☑ Yes        ☐ No
   f. Any other sources                                    ☐ Yes        ☑ No

   "Ha, Ha."

   If the answer to any of the above is "Yes," describe, on the following page, each source of money and state the amount received and what you expect you will continue to receive.

# Inmate Inquiry

🖶 PRINT

| | | | |
|---|---|---|---|
| **Inmate Reg #:** | 17549056 | **Current Institution:** | Devens FMC |
| **Inmate Name:** | HEAD, JOSEPH | **Housing Unit:** | N UNIT |
| **Report Date:** | 05/24/2004 | **Living Quarters:** | N04-423L |
| **Report Time:** | 8:40:24 AM | | |

General Information | Account Balances | Commissary History | Commissary Restrictions | Comments

## General Information

| | |
|---:|:---|
| Administrative Hold Indicator: | No |
| No Power of Attorney: | No |
| Never Waive NSF Fee: | No |
| Max Allowed Deduction %: | 100 |
| PIN: | 5438 |
| FRP Participation Status: | ExemptTmp |
| Arrived From: | |
| Transferred To: | |
| Account Creation Date: | 2/15/2002 |
| Local Account Activation Date: | 7/1/1991 |
| Sort Codes: | |
| Last Account Update: | 5/24/2004 7:17:08 AM |
| Account Status: | Active |
| ITS Balance: | $0.00 |

### FRP Plan Information

**FRP Plan Type**    **Expected Amount**    **Expected Rate**

## Account Balances

| | |
|---:|:---|
| Account Balance: | $40.74 |
| Pre-Release Balance: | $0.00 |
| Debt Encumbrance: | $0.00 |
| SPO Encumbrance: | $0.00 |
| Other Encumbrances: | $0.00 |
| Outstanding Negotiable Instruments: | $0.00 |
| Administrative Hold Balance: | $0.00 |
| Available Balance: | $40.74 |
| National 6 Months Deposits: | $90.00 |
| National 6 Months Withdrawals: | $108.50 |
| National 6 Months Avg Daily Balance: | $32.07 |
| Local Max. Balance - Prev. 30 Days: | $70.06 |
| Average Balance - Prev. 30 Days: | $36.60 |

http://140.1.9.16/InmateInquiryCombined.aspx

*[signature]*    5/24/2004

## Commissary History

### Purchases

Validation Period Purchases: $20.02
YTD Purchases: $99.20
Last Sales Date: 5/20/2004 12:08:01 PM

### SPO Information

SPO's this Month: 0
SPO $ this Quarter: $0.00

### Spending Limit Info

Spending Limit Override: No
Weekly Revalidation: No
Spending Limit: $290.00
Expended Spending Limit: $17.80
Remaining Spending Limit: $272.20

## Commissary Restrictions

### Spending Limit Restrictions

Restricted Spending Limit: $0.00
Restricted Expended Amount: $0.00
Restricted Remaining Spending Limit: $0.00
Restriction Start Date: N/A
Restriction End Date: N/A

### Item Restrictions

**List Name**     **List Type**   **Start Date**   **End Date**   **Userid**   **Active**

## Comments

Comments:

United States District Court
For The District Of Boston Massachusetts
Boston Division
C.A. No. 04-40042-RGS, Civ. Action No. 04-10522-RGS
Etc. Case Nos. As Relates And Applies Hereto, Etc., Hereto.

| | |
|---|---|
| Joseph Marion Head<br>Petitioner, Etc.<br>vs<br>State of North Carolina,<br>And<br>David L. Winn,<br>And<br>Etc. Persons, Places, Things,<br>As Related Of Court Records,<br>Defendants, Respondents | Notice Of Appeal<br>In Forma Pauperis<br>And<br>Motion For Appointment<br>Of Counsel For This Appeal |

Now Comes, Joseph Marion Head Junior, Reg. Number 17549-056, who is the petitioner, etc. in the above entitled cause, who himself, pro se, respectfully gives Notice Of Appeal to the Appeals Court of Legal Jurisdiction herein, from the final orders of Richard G. Stearns, Judge For The Above Entitled Court, entered on the 13th. Day of May, 2004, for the reasons stated in said orders, denials, dismissals with and without prejudice and etc. as related in said orders. Objections And Exceptions is heretofore entered as to each and all of same and to the Orders aforesaid.

Questions On Appeal Thereto

Did Judge Stearns Fail To Consider And Apply Important Facts, Grounds, Laws, Rights, Priviledges?

If So, Which, How, Why, When, Where, Etc. As Applies? If Not, How Not?

2. Did Judge Stearns Misapply The Law, Etc.? If So, Which? If Not, How Not?

3. Did Judge Stearns Apply The Wrong Law, Etc.? If So, Which? If Not, How Not?

4. What Laws, Etc. Should Have Judge Stearns Applied And Not Applied And Why?

5. Did Judge Stearns Delay, Denied, Deprive, any Relief Authorized, Entitled, Required, Or Demanded By The Laws, Or Constitutions Or Human Rights of The United States of America Or The States Thereof, Or Petitioners, Etc., Rights Or Priviledges Thereby Or Thereto Relating? If So, What Relief And How Much Relief, Etc.? If Not, How Not?

6. Should Have Judge Stearns Conducted a full and fair evidentry hearing in the aforsaid matters, etc., prior to entering his reasons and judgments and orders? If So, Why? If Not, Why Not?

The Court appoint counsel to represent, etc. This appeal on behalf of, Head, hereof. Signed, Joseph Marion Head Junior, 17549-056
May 22nd, 2004.